IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA GONZALES, Individually and as the Administrator of the Estate of Karen Marquerite Gonzales, Charles Gonzales, and Marguerite Vorheier Moore | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-06-169 |
| THE UNITED STATES OF AMERICA | § § § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

## OPINION & ORDER

BE IT REMEMBERED that on July 11, 2008, the Court **ORDERED** counsel for all parties to appear on July 15, 2008 at 11:00 a.m. for a status hearing.

DONE at Brownsville, Texas, on July 11, 2008.

Hilda G. Tagle
United States District Judge